```
 1  GREGORY T. MURPHY
    California State Bar No. 245505
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: gregory_murphy@fd.org

 5  Attorneys for Alejandro Amezcua-Manzo
```

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE BARBARA L. MAJOR)**

11  UNITED STATES OF AMERICA,        )   Case No. 08MJ0226-01
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14  ALEJANDRO AMEZCUA-MANZO,         )
                                     )
15              Defendant.           )
    _____)

16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov;
20
                           Marc Xavier Carlos
21            mxlos@aol.com,bratty_77@yahoo.com; and

22                        Dorothy Rees Shelton
                          dsheltonlaw@aol.com
23

24                                        Respectfully submitted,

25

26  DATED:     January 31, 2008          /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
27                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Alejandro Amezcua-Manzo
28