FILED

08 FEB -6 PM 3:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0298  WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 8, U.S.C., |
| ALEJANDRO AMEZCUA-MANZO (1), | ) Secs. 1324(a)(1)(A)(ii) and |
| DELFINO BENITO-GUTIERREZ (2), | ) (v)(II) - Transportation of |
| | ) Illegal Aliens and Aiding |
| Defendants. | ) and Abetting |

The grand jury charges:

Count 1

On or about January 24, 2008, within the Southern District of California, defendants ALEJANDRO AMEZCUA-MANZO and DELFINO BENITO-GUTIERREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rutillo Felipe-Bacilio, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

JDM:fer:San Diego
2/4/08

<u>Count 2</u>

On or about January 24, 2008, within the Southern District of California, defendants ALEJANDRO AMEZCUA-MANZO and DELFINO BENITO-GUTIERREZ, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, Roberto Elias-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about January 24, 2008, within the Southern District of California, defendants ALEJANDRO AMEZCUA-MANZO and DELFINO BENITO-GUTIERREZ, with the intent to violate the immigration laws of the United States knowing and in reckless disregard of the fact that an alien, namely, M. S-A, a juvenile, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 6, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney

2