UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR0298-WQH |
| vs. | ) | ORDER |
| *Alejandro Amezcua-Manzo* | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Rutillo Felipe Bacilio*

DATED: 2/14/08

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk