|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | AARON B. CLARK |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 239764 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6787 / (619) 235-2757(Fax) |
|   | Email: aaron.clark@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0298WQH |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
|   | ) |   |
| v. | ) |   |
|   | ) |   |
| ALEJANDRO AMEZCUA-MANZO (1), and | ) |   |
| DELFINO BENITO-GUTIERREZ (2), | ) |   |
|   | ) |   |
| Defendants. | ) |   |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

1
2      Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
3  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
4  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
5  association):
6      <u>Name</u> (If none, enter "None" below)
7      None
8
9      Please call me if you have any questions about this notice.
10     DATED: February 20, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*Aaron B. Clark*
_____
Aaron B. Clark
Assistant United States Attorney
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

Notice of Appearance
United States v. Amezcua-Manzo      2      08-CR-0298WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br> ALEJANDRO AMEZCUA-MANZO (1), )<br> and DELFINO BENITO-GUTIERREZ (2), )<br>  )<br>    Defendants. )<br>  )<br>  )<br>  )<br>_____ ) | Case No. 08-CR-0298WQH<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Aaron B. Clark, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Gregory Murphy

    2. Marc Carlos

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 20, 2008.

        s/*Aaron B. Clark*
        Aaron B. Clark

Notice of Appearance
United States v. Amezcua-Manzo           3                           08-CR-0298WQH