1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Amezcua-Manzo

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE WILLIAM Q. HAYES)**

11 UNITED STATES OF AMERICA,        )   Case No. 08CR0298-WQH-01
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )   **CERTIFICATE OF SERVICE**
                                    )
14 ALEJANDRO AMEZCUA-MANZO,         )
                                    )
15         Defendant.                )
   _____ )

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    Aaron B. Clark
       aaron.clark@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov;

20                   Marc Xavier Carlos
            mxlos@aol.com,bratty_77@yahoo.com; and

22                  Dorothy Rees Shelton
                    dsheltonlaw@aol.com

24                              Respectfully submitted,

26 DATED:      February 25, 2008          /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
27                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Alejandro Amezcua-Manzo