# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
            )     CASE NUMBER  08 mj 0226
        vs  )
            )     ABSTRACT OF ORDER
Alejandro Amezcua-Manzo )
            )     Booking No. _____
            )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/3/08__ the Court entered the following order:

☑ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

☑ Defendant released on $ __20,000 P/S__ bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case Dismissed.

☐ Defendant to be released to Pretrial Services for electronic monitoring.

☐ Other. _____

UNITED STATES MAGISTRATE JUDGE

                                OR
                        W. SAMUEL HAMRICK, JR., Clerk
                        by _____
                              Deputy Clerk

Received _____
            DUSM

Crim-9   (Rev 6-95)                            ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY