1 | **GREGORY T. MURPHY**
California State Bar No. 245505
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Gregory_Murphy@fd.org

5

Attorneys for Mr. Amezcua-Manzo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| UNITED STATES OF AMERICA, | ) Case No. 08CR298-WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) ACKNOWLEDGMENT OF |
| | ) NEXT COURT DATE |
| ALEJANDRO AMEZCUA-MANZO, | ) |
| Defendant. | ) |

I, Alejandro Amezcua-Manzo, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is May 16, 2008, at 1:00 p.m., before the Honorable William Q. Hayes.

I declare that the forgoing is true and correct.

DATED: 4-18-08                           _____
                                         ALEJANDRO AMEZCUA-MANZO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                             )<br>            Plaintiff,                          )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>ALEJANDRO AMEZCUA-MANZO,  )<br>                                                             )<br>            Defendant.                       )<br>_____)  | Case No. 08CR0298-WQH<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

Aaron Clark, Assistant United States Attorney
880 Front Street
San Diego, CA  92101

Dated: April 18, 2008

/s/Gregory T. Murphy
GREGORY T. MURPHY
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail:Gregory_Murphy@fd.org