

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. __08CR0298-WQH__ |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | Superseding |
| v. | ) | Title 18, U.S.C., Sec. 4 - |
| ALEJANDRO AMEZCUA-MANZO, | ) | Misprison of Felony |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 24, 2008, within the Southern District of California, defendant ALEJANDRO AMEZCUA-MANZO, having knowledge of the commission of a felony cognizable by a court of the United States, (the bringing in of illegal aliens without presentation punishable under Title 8, United States Code, Section 1324), concealed the commission of the felony, and failed to report the felony to some judge or other person in civil authority under the United States, in violation of Title 18, United States Code, Section 4.

DATED: 6/19/08

KAREN P. HEWITT
United States Attorney

AARON B. CLARK
Assistant U.S. Attorney