AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ALEJANDRO AMEZCUA-MANZO | CASE NUMBER: 08CR0298-WQH |

I, ALEJANDRO AMEZCUA-MANZO, the above named defendant, who is accused of Title 18, U.S.C., Sec. 4 - Misprision of a Felony, being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 6/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Alejandro Amezcua Manzo*
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY