1  **GREGORY MURPHY**
   California State Bar Number 245505
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Tel: (619) 234-8467 / Fax: (619) 687-2666
4  gregory_murphy@fd.org

5  Attorneys for Alejandro Amezcua-Manzo

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                  (HONORABLE WILLIAM Q. HAYES)

10 UNITED STATES OF AMERICA,              CASE NO. 08-cr-298-WQH (BLM)

11                      Plaintiff,

12 v.                                     JOINT MOTION TO MODIFY BOND CONDITIONS

13 ALEJANDRO AMEZCUA-MANZO,

14                      Defendant.

15

16         **THE UNDERSIGNED HEREBY STIPULATE AND AGREE** that for good cause, the

17 bond conditions for Mr. Amezcua-Manzo should be expanded to permit travel throughout California.

18         **SO STIPULATED.**

19 Dated: June 24, 2008            /s/ Gregory Murphy
                                   GREGORY MURPHY
20                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Mr. Amezcua-Manzo
21

22 Dated: 6 - 25 . 08             Alejandro Amezcua M
                                   ALEJANDRO AMEZCUA-MANZO
23                                 Defendant

24 Dated: 6/26/08                 /s/ Aaron Clark
                                   AARON CLARK
25                                 Assistant United States Attorney

26 Dated: 6-25-08                 MATEO R. BACILLO
                                   MATEO BACILIO
27                                 Surety

28 Dated: 6-25-08                 Michael Roy Zinn
                                   MICHAEL ROY ZINN
                                   SURETY

   Dated: 6/26/08                 Irene Pflaum
                                   Irene Pflaum
                                   U.S. Pretrial Services Officer

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Amezcua-Manzo

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE WILLIAM Q. HAYES)**

11  UNITED STATES OF AMERICA,          )   Case No. 08CR0298-WQH (BLM)
                                       )
12             Plaintiff,              )
                                       )
13  v.                                 )   MEMORANDUM IN SUPPORT OF MOTION TO
                                       )   MODIFY BOND CONDITIONS
14  ALEJANDRO AMEZCUA-MANZO,           )
                                       )
15             Defendant.              )
    _____)

16

17       Alejandro Amezcua-Manzo, through undersigned counsel Gregory T. Murphy and Federal Defenders

18  of San Diego, Inc., respectfully submits the following memorandum in support of the joint motion to modify

19  the terms of his supervised release.

20                              **I.**

21                   **STATEMENT OF THE CASE**

22       Mr. Amezcua-Manzo was arrested on January 24, 2008,  On January 28, 2008, this Court set

23  conditions of release.  These included a travel restriction to the Central and Southern Districts of California.

24  Mr. Amezcua-Manzo was released on bond on March 3, 2008.

25       On June 19, 2008, Mr. Amezcua-Manzo pleaded guilty to Misprision of Felony, in violation of

26  18 U.S.C. § 4.  Pursuant to the plea agreement, his total offense level under the advisory guidelines is 2.  Both

27  parties recommend a time-served sentence.

28  / / /

1    Mr. Amezcua-Manzo is an agricultural worker.  In mid-summer, when the grape harvest is complete,

2    his work requires him to travel north to harvest other produce in the Northern and Eastern districts.

3    Mr. Amezcua-Manzo has complied fully with the conditions of his release, including the travel

4    restriction.  He now asks the Court to modify his conditions to permit travel throughout California.  An officer

5    of pretrial services, the prosecutor and both sureties have signed a stipulation supporting that request.

6                                                    **II.**

7                                            **CONCLUSION**

8    For the foregoing reason, Mr. Amezcua-Manzo asks the Court to modify the conditions of his pretrial

9    release to permit travel throughout California.

10                                                   Respectfully submitted,

11

12   DATED:        June 27, 2008                  /s/ Gregory T. Murphy
                                                  **GREGORY T. MURPHY**
13                                                Federal Defenders of San Diego, Inc.
                                                  Attorneys for Alejandro Amezcua-Manzo
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Amezcua-Manzo

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE WILLIAM Q. HAYES)**

11 UNITED STATES OF AMERICA,              )    Case No. 08CR0298-WQH-01
                                          )
12              Plaintiff,                )
                                          )
13 v.                                     )    **CERTIFICATE OF SERVICE**
                                          )
14 ALEJANDRO AMEZCUA-MANZO,               )
                                          )
15              Defendant.                )
   _____)

16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        Aaron B. Clark
          aaron.clark@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov;
20
                         Marc Xavier Carlos
21            mxlos@aol.com,bratty_77@yahoo.com; and

22                      Dorothy Rees Shelton
                        dsheltonlaw@aol.com
23

24                              Respectfully submitted,

25

26 DATED:      June 27, 2008              /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
27                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Alejandro Amezcua-Manzo
28