**FILED**
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>v.                            )<br>                              )<br>ALEJANDRO AMEZCUA-MANZO,      )<br>                              )<br>           Defendant.         )<br>_____) | Case 08-cr-298-WQH (BLM)<br><br>ORDER GRANTING JOINT MOTION<br>TO MODIFY BOND CONDITIONS |

**IT IS HEREBY ORDERED** that the Mr. Amezcua-Manzo's conditions of release be expanded to permit travel throughout California, as stipulated and agreed upon by all parties.

**IT IS SO ORDERED.**

Dated: 6/30/08

HONORABLE JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE